DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
RICARDO GARCIA-LOPEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. CR S-07-186 WBS |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER** |
| | ) | |
| RICARDO GARCIA-LOPEZ | ) | Date: July 30, 2007 |
| | ) | Time: 8:30 A.M. |
| | ) | Judge: Hon. William B. Shubb |
| Defendant. | ) | |
| _____ | ) | |


Plaintiff United States of America, by its counsel, Assistant United States Attorney Kyle Reardon, and defendant Ricardo Garcia-Lopez, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for July 9, 2007 at 8:30 AM be vacated and a new date of July 30, 2007 at 8:30 AM be set for status/change of plea.

The defense has received discovery in this case.  The defense needs additional time to review that discovery and perform follow-up investigation regarding the defendant's criminal history.  In addition, the defense is contacting family members, some of whom are

1

in Mexico.

It is stipulated that the period from July 9, 2007 until July 30, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                                Respectfully submitted,
                                McGREGOR SCOTT
                                United States Attorney


DATED:  July 6, 2007            /s/ Ned Smock for Kyle Reardon
                                KYLE REARDON
                                Assistant U. S. Attorney



DATED:  July 6, 2007            /s/ Ned Smock
                                NED SMOCK
                                Attorney for Defendant
                                RICARDO GARCIA-LOPEZ
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: July 6, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE