```
DANIEL BRODERICK, Bar No. 89424
Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
RICARDO GARCIA-LOPEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                )<br>            Plaintiff, )<br>                                )<br>   v.                              )<br>                                )<br>RICARDO GARCIA-LOPEZ          )<br>                                )<br>           Defendant. )<br>_____) | No. CR S-07-186 WBS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER**<br><br>Date: August 20, 2007<br>Time: 8:30 A.M.<br>Judge: Hon. William B. Shubb |

      Plaintiff United States of America, by its counsel, Assistant United States Attorney Kyle Reardon, and defendant Ricardo Garcia-Lopez, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for July 30, 2007 at 8:30 AM be vacated and a new date of August 20, 2007 at 8:30 AM be set for status conference.

      The defense needs additional time to communicate with family members about the defendant's immigration to the country as a child. Some family members are in Mexico.  In addition, defense counsel has a pending request for information about a prior conviction.

1

Additional time is needed for both purposes.

It is stipulated that the period from July 30, 2007 until August 20, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

```
                                Respectfully submitted,
                                McGREGOR SCOTT
                                United States Attorney


DATED:  July 26, 2007           /s/ Ned Smock for Kyle Reardon
                                KYLE REARDON
                                Assistant U. S. Attorney


DATED:  July 26, 2007           /s/ Ned Smock
                                NED SMOCK
                                Attorney for Defendant
                                RICARDO GARCIA-LOPEZ
```

**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: July 26, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE